UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

RESTORATION HARDWARE, INC., et al.,

           Plaintiffs,

    v.

STANISLAUS FUNDING, INC. d/b/a PATIO WORLD,

         Defendant.

_____/

No. 3:15-cv-00892 LB

*SUA SPONTE* **JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    On February 26, 2015, Plaintiffs Restoration Hardware, Inc. and RH US, LLC filed the instant action against Defendant Stanislaus Funding, Inc, which does business as Patio World.  Complaint, ECF No. 1.  After reviewing the complaint, and pursuant to Civil Local Rule 3-12(c), the undersigned respectfully refers the above-captioned action to Judge Laporte for the purposes of determining relationship to *Restoration Hardware, Inc., et al. v. South Sea Rattan Furniture, Inc.*, No. 3:15-cv-00891 EDL.

    **IT IS SO ORDERED.**

Dated: May 5, 2015

                               _____
                               LAUREL BEELER
                               United States Magistrate Judge